COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Willie Koehler v. Amoco Federal Credit Union and Reba Hankins

Appellate case number:   01-13-00498-CV

Trial court case number:  11-CV-1172

Trial court:             212th District Court of Galveston County

Appellant's brief was originally due on August 14, 2013. On July 2, 2013, appellant, Willie Koehler, filed a document entitled "Appellant's Brief." On September 24, 2013, we granted a motion to strike filed by appellees, Amoco Federal Credit Union and Reba Hankins, struck appellant's brief for failing to comply with Texas Rule of Appellate Procedure 38.1, and ordered appellant to file an amended brief by October 24, 2013. *See* TEX. R. APP. P. 38.1. On January 30, 2014, the Clerk of this Court notified appellant that his brief had not yet been filed and required that a response be filed within 10 days, or the appeal could be dismissed for want of prosecution. *See* TEX. R .APP. P. 38.8(a)(1), 42.3(b).

On February 10, 2014, appellant responded by filing a letter-motion requesting an additional 30 days "to do what the Court is asking, and to continue forward without delay." In support of his motion, appellant states that the "reason to go forward is now I have proper help in doing all that is ask[ed] of me, and also I'm able to go to the law library and better understand my case," that his "lack of response to the Court was" based on his "lack of knowledge of the law, and seeking legal help," and that he has been in "transit moving from place to place" within the Texas Department of Criminal Justice.

Accordingly, we GRANT appellant's motion and ORDER appellant to file his brief no later than 30 days from the date of this order. No further extensions will be granted. However, because appellant has had approximately seven months to file his brief and approximately five months to file his amended brief, if appellant fails to file a brief that complies with Texas Rule of Appellate Procedure 38.1 within 30 days of the date of this order or fails to comply with Rules 9.1, 9.3, 9.4, and 9.5 when he files his

brief, this appeal may be dismissed for want of prosecution or for failure to comply with a requirement of the rules of appellate procedure or an order of this Court. *See* TEX. R. APP. P. 9.1, 9.3, 9.4, 9.5, 38.1, 38.8, 38.9(a), 42.3(b), (c).

It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
          ☒ Acting individually     ☐ Acting for the Court

Date: February 18, 2014